☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      - v. -                      NOTICE OF INTENT TO
                                       FILE AN INFORMATION

CELSO MELENDEZ,

           Defendant.

- - - - - - - - - - - - - - - - x

**07 CRIM. 786**

(Stamp: JUDGE KEENAN)

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           August 16, 2007

                                        MICHAEL J. GARCIA
                                        United States Attorney

                    By:   _____
                         Todd Blanche
                         Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                    By:   _____
                         David E. Patton, Esq.
                         Attorney for Celso Melendez

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 7 2007
```

8/17/07  WHEEL A