JUDGE KEENAN

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

         - v. -                   :        WAIVER OF INDICTMENT

CELSO MELENDEZ,                   :
                                           07 CRIM. 786
              Defendant.          :

- - - - - - - - - - - - - - - - x
```

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                              _____
                                        Defendant

                              _____
                                         Witness

                              _____
                                  Counsel for Defendant
```

Date:    New York, New York
         August 22, 2007



0202