UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : INFORMATION

        -v.- : 07 Cr.

CELSO MELENDEZ, :

          Defendant. :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 2 2007

COUNT ONE

The United States Attorney charges:

From at least on or about April 15, 2006, up to and including on or about July 25, 2006, in the Southern District of New York and elsewhere, CELSO MELENDEZ, the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, MELENDEZ possessed images of child pornography on a computer in Bronx, New York, that he had received from computers located outside of New York.

(Title 18, United States Code,

Sections 2252A(a)(5)(B) and (b)(2).)

MICHAEL J. GARCIA
United States Attorney