

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-3-07

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

October 2, 2007

BY FACSIMILE

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

OCT - 2 20(

  Re: United States v. Celso Melendez
     07 Cr. 786 (JFK)

Dear Judge Keenan:

  A pre-trial conference before Your Honor is scheduled for Thursday, October 4, 2007, at 11:00 a.m. The parties are engaged in plea discussions, and expect a pre-trial disposition to this case. The parties, however, are not prepared to enter a plea at this time, in part because defense counsel needs to review evidence maintained by the FBI. Therefore, the parties jointly request a two-week adjournment to allow defense counsel to review the evidence, and continue discussions with the Government about a disposition to this case.

  If the Court grants this request, then the Government respectfully requests that the Court exclude time from Thursday, October 4, 2007 until the date set by the Court for the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate

Hon. John F. Keenan
October 2, 2007
Page 2

discussions regarding a possible disposition of this case.
Current defense counsel, David Patton, Esq., consents to this
request for the exclusion of time.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                  By: *[signature: Todd Blanche]*
                         Todd Blanche
                         Assistant U.S. Attorney
                         (212) 637-2494

cc by fax w/encl.:  David Patton, Esq.
                    Attorney for Defendant

*[Handwritten:]* The matter is adjourned until October 19, 2007 at 11 A.M. Time is excluded. So ordered. October 3, 2007 — *[signature]* John F. Keenan, U.S.D.J.