# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**MEMO ENDORSED**

February 14, 2008

FEB 14 2008

**VIA FACSIMILE**

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: 212-805-4175

Re: **United States v. Celso Melendez**
    **07 Cr. 786 (JFK)**

Dear Judge Keenan:

I write on behalf of my client, Celso Melendez, to request an adjournment of the sentencing scheduled for February 26, 2008 at 10:00 a.m. The Government consents to this request.

On November 28, 2007, Mr. Melendez pled guilty to one count of possessing child pornography. Prior to his guilty plea, defense counsel arranged for Mr. Melendez to be tested and evaluated by a psychiatrist, Dr. Eric Goldsmith, to determine whether he was a pedophile and whether he posed a danger to children. Dr. Goldsmith produced a report in which he answered those questions in the negative. The defense submitted that report to the Government and the Probation Department.

In addition to the report prepared by Dr. Goldsmith, I believe it would be useful for Mr. Melendez to be evaluated by a therapist of the Probation Department's choosing. I have spoken with United States Probation Officer Michelle Greer-Bambrick, and she has recommended that Mr. Melendez be seen by Kenneth J. Lau, LCSW. We believe that a report can be prepared within approximately 30 days.

For this reason, I respectfully request an adjournment of

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08

The Honorable John F. Keenan  
United States District Court  
Southern District of New York

February 14, 2008  
Page 2

Re: <u>United States v. Celso Melendez</u>  
    07 Cr. 786 (JFK)

approximately 60 days in order to give the Probation Department time to incorporate the findings into the Presentence Report.

Respectfully submitted,

David Patton  
Attorney for Mr. Melendez  
(212) 417-8762

cc: Todd W. Blanche, Esq.  
    Assistant U.S. Attorney

    Michelle Greer-Bambrick  
    U.S. Probation Officer

*Sentence is adjourned until April 24, 2008 at 10AM*

*So Ordered*  
*John F. Keenan*  
*U.S.D.J.*  
*February 15, 2008*