USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-15-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

       - against -

CELSO MELENDEZ,

       Defendant

-----------------------------------------------------------x

07 CR 786-01 (JFK)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kenneth J. Lau, in the amount of $1,000, for professional services in connection with the above captioned case.

    SO ORDERED,

Dated: New York, New York
       May 14, 2008

                              Honorable John F. Keenan
                              Senior U.S. District Judge

# KENNETH J. LAU, LCSW-R

Fortune Building
280 North Central Ave, Suite 125
Hartsdale, New York 10530
(914) 366-5367

## INVOICE

**Date Submitted:** April 10, 2008

**Re:** Celso Melendez        **D.O.B.** 10/31/66

**Date Seen:** March 18, 24 and 31, 2008

**Location:** 280 North Central Ave. Suite 125
Hartsdale, New York 10530

**Type of Assessment/Evaluation:**

Adult Sex Offender Psychosexual Evaluation

**Payment Information:**

Total Cost of Assessment/Evaluation   **$ 1,000.00**

Please make check **payable to: Kenneth J. Lau, LCSW**
Please send check to: **280 North Central Ave. Suite 125**
**Hartsdale, New York 10530**

*Kenneth J. Lau, LCSW*
Social Security Number: 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
NPI Number: 1245388511